```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2805

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) Mag. No. 09-0241 KJM
                                  )
12          Plaintiff,            )
                                  ) STIPULATION AND ORDER TO CONTINUE
13      vs.                       ) COURT TRIAL
                                  )
14  NICHOLAS FURRY,               ) DATE:   September 22, 2009
                                  ) TIME:   10:00 a.m.
15          Defendant.            ) JUDGE:  Hon. Kimberly J. Mueller
                                  )
16  _____)
```

17      IT IS HEREBY STIPULATED and agreed to between the United

18 States of America, through Matthew C. Stegman, Assistant United

19 States Attorney, and defendant, NICHOLAS FURRY, by and through

20 his counsel, Lauren Cusick, Assistant Federal Defender, that the

21 court trial scheduled for September 22, 2009, be rescheduled to

22 January 11, 2010, at 10:00 a.m.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

1  The continuance is requested because the parties are
2  continuing to negotiate a disposition in this matter.
3  DATED: September 14, 2009        LAWRENCE G. BROWN
                                    United States Attorney
4
5                                   By: /s/ Matthew C. Stegman
                                    MATTHEW C. STEGMAN
6                                   Assistant U.S. Attorney
7
   DATED: September 18, 2009        DANIEL J. BRODERICK
8                                   Federal Defender
9
                                    By: /s/ Michael Petrik for
10                                  LAUREN CUSICK
                                    Attorney for Defendant
11

12                              ORDER
13    The court trial is continued from September 22, 2009, at
14  10:00 a.m., to January 11, 2010, at 10:00 a.m.
15    IT IS SO ORDERED.
16  DATED: September 18, 2009.

                                    _____
                                    U.S. MAGISTRATE JUDGE

2