DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CATHLEEN PENNEY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS FURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. 09-241-KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | COURT TRIAL |
| ) | |
| NICHOLAS FURRY, ) | |
| ) | Date:  January 11, 2010 |
| Defendant. ) | Time:  10:00 A.M. |
| ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, DANIEL MORENO, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to continue the court trial set for Wednesday, January 11, 2010 at

///

///

Stipulation to Continue Court Trial

10:00 a.m. to Wednesday March 15, 2010 at 10:00 a.m.


Dated:   December 15, 2009
                                        Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender


                                            /s/ Lauren Cusick
                                            LAUREN CUSICK
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            NICHOLAS FURRY

Dated:   December 15, 2009
                                            BENJAMIN B. WAGNER
                                             United States Attorney



                                            /s/ Matthew Stegman
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

                         **O R D E R**

**IT IS SO ORDERED.**

Dated: December 16, 2009.


                                        _____
                                        U.S. MAGISTRATE JUDGE








Stipulation to Continue Court Trial-Order                    12