1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  CHRISTINA M. EASTMAN
   Certified Law Clerk
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag No. 09-241-KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | DATE:  March 15, 2010 |
| NICHOLAS FURRY, | ) | TIME:  10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED and agreed to between the United States of America, through Matthew C. Stegman, Assistant United States Attorney, and defendant, NICHOLAS FURRY, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the court
///
///
///
///
///
///
///
///

1

trial scheduled for March 15, 2010, be vacated and the case set for change of plea on April 8, 2010 at 10:00 a.m.

DATED: March 10, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:/s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney

DATED: March 10, 2010                    DANIEL J. BRODERICK
                                         Federal Defender

                                    By:/s/ Lauren Cusick
                                         LAUREN CUSICK
                                         Attorney for Defendant

ORDER

The court trial set for March 15, 2010, is vacated and the case is set for change of plea on April 8, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: March 11, 2010.

_____
U.S. MAGISTRATE JUDGE