```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CATHLEEN PENNEY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NICHOLAS FURRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. 09-241-KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER TO RESET CHANGE OF PLEA HEARING |
| NICHOLAS FURRY, ) | |
| Defendant. ) | Date:  APRIL 8, 2010<br>Time:  10:00 A.M.<br>Judge: Hon. Kimberly J. Mueller |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, NICHOLAS FURRY, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender,

/ /

/ /

/ /

Stipulation to Continue Change of Plea

1  stipulate to continue the change of plea hearing set for Wednesday,
2  April 8, 2010 at 10:00 a.m. to Thursday April 29, 2010 at 10:00 a.m.
3  Mr. Furry has another court date in Solano County set for April 8,
4  2010, and the parties have agreed to continue the change of plea
5  hearing to accommodate his schedule.
6  Dated:  March 29, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
NICHOLAS FURRY

Dated:  March 29, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 1, 2010.

_____
U.S. MAGISTRATE JUDGE

Stipulation to Continue Change of Plea