1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

5

6
    Attorney for Defendant
7   NICHOLAS FURRY

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,          )   No. 09-MJ-241 KJM
14                                      )
                        Plaintiff,      )
15                                      )   STIPULATION AND ORDER TO CONTINUE
              v.                        )   SURRENDER DATE
16                                      )
    NICHOLAS FURRY,                     )
17                                      )   Judge:  Hon. Kimberly J. Mueller
                        Defendant.      )
18  _____    )

19  It is hereby stipulated between the United States of America, through MATTHEW C. STEGMAN, Assistant

20  United States Attorney, and the defendant, by and through counsel, LAUREN CUSICK, Assistant Federal

21  Defender, that the surrender date of June 11, 2010, on or before 12:00 p.m., be continued to July 2, 2010, on

22  or before 12:00 p.m.

23          The reason for this continuance is that the Bureau Of Prisons has not yet designated Mr. Furry to

24  a facility to serve three consecutive weekends. This Court recommended that Mr. Furry be designated to serve

25  his time in the Yolo County Jail, in part due to transportation concerns. The parties request a continuance in

26  the hope that the Bureau of Prisons will designate Mr. Furry to that facility and he that he can surrender

27  directly to the facility on July 2.

28

Dated: June 10, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick

_____

LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
NICHOLAS FURRY

DATED: June 10, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Stegman

_____

MATTHEW C. STEGMAN
Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: June 11, 2010

_____
U.S. MAGISTRATE JUDGE

09-241 KJM
Stipulation and Order                    - 2 -